# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

SEALED

FILED
OCT - 4 2022
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 22-CR-200_66 |
| ) | |
| ASHANTAE S. CORRUTHERS (Also ) | Title 18, United States Code, |
| Known As "Tae") and REGINA ) | Sections 2, 371, 922(a)(5), |
| LEWIS (Also Known As "Gina"), ) | (a)(6), & (d)(1), and 1512(b)(3) |
| ) | & (k). |
| Defendants. ) | |

## INDICTMENT

### COUNT ONE
### (Conspiracy to Illegally Purchase and Transfer Firearm)

**THE GRAND JURY CHARGES:**

1. From at least November 12, 2020, and continuing through at least November 17, 2020, in Champaign County, in the Central District of Illinois, and elsewhere,

**ASHANTAE S. CORRUTHERS,**
**(Also Known As "Tae"),**
**and**
**REGINA LEWIS,**
**(Also Known As "Gina"),**

defendants herein, knowingly and intentionally conspired with each other and Darion M. Lafayette (1) to defraud the United States by obstructing and impeding the United States and the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), an agency thereof, in the identification of the purchaser and transferee of a firearm; and (2) to

commit offenses in violation of Title 18, United States Code, Section 922, namely, (i) to knowingly make false and fictitious statements to a licensed firearms dealer in connection with the acquisition of a firearm intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale and acquisition, in violation of Title 18, United States Code, Sections 922(a)(6) and 2; (ii) to unlawfully transfer, give, transport, and deliver a firearm to a person the transferor knew and had reasonable cause to believe did not reside in the State in which the transferor resided, in violation of Title 18, United States Code, Sections 922(a)(5) and 2; and (iii) to unlawfully dispose of a firearm and ammunition to a person knowing and having reasonable cause to believe that such person had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(d)(1) and 2.

2.  At all relevant times to this indictment, (a) Lafayette had a prior conviction for a crime punishable by imprisonment for a term exceeding one year and resided in Champaign, in the Central District of Illinois; (b) LEWIS resided in Normal, in the Central District of Illinois; (c) CORRUTHERS resided in Indianapolis, Indiana; and (d) neither Lafayette, LEWIS, nor CORRUTHERS were federally licensed firearms importers, manufacturers, dealers, or collectors.

3.  Object of the Conspiracy

The object of this criminal conspiracy included to unlawfully purchase (also known as making a "straw purchase") a firearm for convicted felon Darion M. Lafayette in Indiana, to unlawfully transfer the firearm to Lafayette for transport from Indiana to Illinois, and to do so without detection by law enforcement authorities.

4. Acts in Furtherance of the Conspiracy

In furtherance of the criminal conspiracy and to effect the object thereof, in the Central District of Illinois and elsewhere and on or about the dates set forth below, CORRUTHERS, LEWIS, and Lafayette committed and caused to be committed acts in furtherance of the conspiracy, including, but not limited to, the following:

a. Beginning at least by November 12, 2020, and continuing through November 17, 2020, Lafayette and LEWIS, who were located in the Central District of Illinois, and CORRUTHERS, who was located in Indiana, discussed and ultimately agreed that CORRUTHERS would purchase a firearm for Lafayette, who was unable to purchase one for himself because he was a convicted felon;

b. On November 17, 2020, LEWIS and Lafayette travelled from the Central District of Illinois to Indianapolis, Indiana, to meet with CORRUTHERS to obtain the firearm. That same date, CORRUTHERS purchased a Glock 48, nine-millimeter, semi-automatic pistol, serial number ADTZ976, and Sellier & Bellot, nine-millimeter ammunition from a federal firearms licensee (FFL) in Indianapolis, Indiana. CORRUTHERS falsely certified on ATF Form 4473 that she was the actual transferee/buyer of the Glock 48. Following the purchase, CORRUTHERS unlawfully transferred the firearm and ammunition to LEWIS and Lafayette, who transported the firearm and ammunition to the Central District of Illinois.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO
### (Conspiracy to Engage in Misleading Conduct)

**THE GRAND JURY CHARGES:**

1. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 through 4 of Count One of this Indictment as though fully set forth herein.

2. From at least on or about November 17, 2020, and continuing through at least May 21, 2021, in Champaign County, in the Central District of Illinois, and elsewhere,

**ASHANTAE S. CORRUTHERS,**
**(Also Known As "Tae"),**
**and**
**REGINA LEWIS,**
**(Also Known As "Gina"),**

defendants herein, knowingly and intentionally conspired with each other and Darion M. Lafayette to engage in misleading conduct toward another person with the intent to hinder and prevent the communication to a federal law enforcement officer of information relating to the commission and possible commission of a federal offense, namely, the offenses set forth in Count One of this Indictment.

3. Object of the Conspiracy

The object of this criminal conspiracy was to have CORRUTHERS knowingly make false statements to other persons to prevent communication to ATF agents that CORRUTHERS and LEWIS had committed multiple federal offenses by assisting convicted felon Darion M. Lafayette in obtaining a firearm in Indiana for use in Illinois.

4

4.  Acts in Furtherance of the Conspiracy

In furtherance of the criminal conspiracy and to effect the object thereof, in the Central District of Illinois and elsewhere and on or about the dates set forth below, CORRUTHERS, LEWIS, and Lafayette committed and caused to be committed acts in furtherance of the conspiracy, including, but not limited to, the following:

a.  On or about November 17, 2020, CORRUTHERS falsely certified on an ATF Form 4473 that she was the actual transferee/buyer of the Glock 48, when in fact, she purchased the firearm in Indiana for Lafayette to take to the Central District of Illinois;

b.  Thereafter, Lafayette fired the Glock 48 on or about February 21, 2021, and March 23, 2021, in Champaign, Illinois, leaving Sellier & Bellot nine-millimeter shell casings that were recovered by the Champaign Police Department. In March of 2021, after Lafayette informed LEWIS that he had fired the Glock 48, LEWIS requested the Glock 48 serial number from Lafayette so that CORRUTHERS could falsely report the firearm as stolen to prevent law enforcement from learning CORRUTHERS and LEWIS had unlawfully assisted Lafayette in obtaining the firearm;

c.  On or about March 29, 2021, Lafayette, who was located in Champaign, Illinois, texted the Glock 48 serial number to CORRUTHERS, who was located in Indianapolis, Indiana, so that she could falsely report the firearm as stolen;

d.  On or about April 26, 2021, CORRUTHERS falsely reported to the Indianapolis Metropolitan Police Department that in March of 2021 someone had stolen the Glock 48 from the trunk of her unlocked 2010 Cadillac SRX, when in fact, as she

knew full well, she had unlawfully transferred the firearm to Lafayette and LEWIS in November of 2020;

 e. On or about May 19, 2021, in Champaign, Illinois, Lafayette used the Glock 48 to shoot and kill a Champaign Police Officer before Lafayette was then shot and killed. That same day, CORRUTHERS and LEWIS spoke by telephone to discuss covering up their offenses in illegally assisting Lafayette in obtaining the gun used to kill the police officer;

 f. On or about May 21, 2021, CORRUTHERS and LEWIS spoke by telephone again in anticipation of CORRUTHERS being interviewed by an ATF Special Agent. Thereafter, CORRUTHERS falsely told the ATF Special Agent that she purchased the Glock 48 for herself, that it was stolen from her in March of 2021, and that she did not know or recognize Lafayette.

All in violation of Title 18, United States Code, Sections 1512(k), 1512(b)(3), and 2.

## FORFEITURE ALLEGATION

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon a conviction of the offenses in violation of Title 18, United States Code, Sections 371, 922(a)(6), 922(a)(5), and 922(d), as set forth in Count One of this Indictment, the defendants,

**ASHANTAE S. CORRUTHERS,**

6

(Also Known As "Tae"),
and
REGINA LEWIS,
(Also Known As "Gina"),

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the commission of the offense charged, including, but not limited to:

    a.    Glock, Model 48, nine-millimeter, semiautomatic pistol, serial number ADTZ976;

    b.    Fifty-rounds of Sellier & Bellot nine-millimeter ammunition; and

    c.    Magazines.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

s/Foreperson
FOREPERSON

s/Douglas Quivey

GREGORY K. HARRIS
United States Attorney

ELM